LARRY W. GABRIEL [SBN 68329]
DANIEL J. MULLIGAN [SBN 103129]
THOMAS A. JENKINS [SBN 92213]
JENKINS MULLIGAN & GABRIEL, LLP
78-065 Main Street, Suite 202
La Quinta, CA 92253
Telephone: 760-777-1500
Facsimile: 760-564-2915
Email: lgabriel@jmglawoffices.com
Email: dan@jmglawoffices.com

THOMAS J. MCDERMOTT, JR. [SBN 29273]
LAW OFFICES OF THOMAS J. MCDERMOTT, JR.
74-770 Highway 111, Suite 201
Indian Wells, CA 92210
Telephone: 760-779-5800
Facsimile: 760-779-5882
Email: tmcdermott@mcdelaw.com

Attorney for David Gould, Chapter 11 Examiner
CenterStaging Musical Productions, Inc.

FILED
JUL 01 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**CENTERSTAGING MUSICAL PRODUCTIONS, INC.**<br><br>Debtor.<br>_____<br><br>DAVID GOULD, Court Appointed Examiner, CenterStaging Musical Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>JOHN G. CASWELL, a/k/a Johnny Caswell, an individual, JAN P. PARENT, an individual, HOWARD LIVINGSTON, an individual, ROGER B. PAGLIA, an individual, PAUL SCHMIDMAN, an individual,<br><br>Defendants. | Case No. 2:08-bk-13019-VZ<br><br>Chapter 11<br><br>Adv. Case No. 2:09-ap-01772-VZ<br><br>**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** |

137265

1

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that, Plaintiff, David Gould, the duly Court appointed Examiner for the Estate of CenterStaging Musical Productions, Inc., by and through his attorneys hereby dismisses the within adversary proceeding without prejudice. This action was filed in error and should not been filed at this time.

Dated: June 30, 2009

LARRY W. GABRIEL
DANIEL J. MULLIGAN
JENKINS, MULLIGAN & GABRIEL, L.L.P.

By _____
Larry W. Gabriel

Attorneys for David Gould, Chapter 11 Examiner Of Centerstaging Musical Corporation, Inc., Debtor